AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Laborers' Pension Funds et al.,

V.

Bill Harris Masonry, Inc.

CASE NUMBER: **07 C 7260**

ASSIGNED JUDGE:    **JUDGE ZAGEL**

DESIGNATED MAGISTRATE JUDGE:    **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Bill Harris Masonry, Inc.
Registered Agent
Kay Harris
9304 S. 49th Avenue
Oak Lawn, IL 60453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

December 27, 2007

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  January 15'th, 2008 |
| NAME OF SERVER *(PRINT)*  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Personally handed the Summons and thhe Complaint to Ms. Kay Harris, the R/A for the defendant, Bill Harris Masonry, Inc. Service was effected at 3:05 p.m., on January 15'th, 2008, at 9304 S. 49'th Ave., in Oak Lawn, Illinois.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 15'th, 2008        *Philip P. Ducar*
                Date                            Signature of Server

Post Office Box # 911
Tinley Park, Illinois 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.