# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910

December 12, 2007

Board of Trustees of the Various
Fringe Benefit Funds of the
Laborers Pension & Welfare Funds

RE: Bill Harris Masonry Inc. (12024)

We have performed a fringe benefit contribution compliance audit of Bill Harris Masonry Inc., for the period from March 1, 2004 through October 31, 2007. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursement records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $20,770.83 |
| PENSION | 12,520.10 |
| TRAINING | 533.27 |
| LECET | 134.24 |
| CISCO | 16.53 |
| MCIAF | 115.62 |
| LMCC | 322.08 |
| CAICA | 82.60 |
| DUES | 1,589.99 |
| Sub Total | $38,085.26 |
| Plus previous late charges assessed by Laborers' Pension & Welfare Funds | $ 125.28 |
| TOTAL | $38,210.54 |

In addition, the employer could not provide proof of a current wage and fringe benefit bond.

*RICHARD J. WOLF AND COMPANY, INC.*

**Exhibit C**

12/11/2007

## LABORERS' DISTRICT COUNCIL OF CHICAGO - MCA ASSOCIATION

### BILL HARRIS MASONRY, INC. - #12024

**ADDITIONAL HOURS and/or WORK DUES  6/04 - 5/05**

**YEAR: 6/04 to 5/05**

| S.S.# | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESCOTO, JOSE 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 | # | Hours | - | - | - | - | - | - | - | - | - | 200.00 | 85.00 | 160.00 | 445.00 |
| | | Gross $ | - | - | - | - | - | - | - | - | - | 5,800.00 | 2,465.00 | 4,640.00 | $12,905.00 |
| FEIGL, RICHARD 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 | # | Hours | - | - | - | - | - | - | 8.00 | - | - | 200.00 | 114.50 | 160.00 | 482.50 |
| | | Gross $ | - | - | - | - | - | - | 240.00 | - | - | 6,000.00 | 3,435.00 | 4,800.00 | $14,475.00 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | | | - | - | - | - | - | - | 8.00 | - | - | 400.00 | 199.50 | 320.00 | 927.50 |
| TOTAL GROSS $ | | | $ - | $ - | $ - | $ - | $ - | $ - | $ 240.00 | $ - | $ - | $ 11,800.00 | $ 5,900.00 | $ 9,440.00 | $ 27,380.00 |

**Amount Due To Funds:**

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ 50.48 | $ - | $ - | $ 2,524.00 | $ 1,258.85 | $ 2,019.20 | $ 5,852.53 |
| PENSION | $ - | $ - | $ - | $ - | $ - | $ - | $ 27.52 | $ - | $ - | $ 1,376.00 | $ 686.28 | $ 1,100.80 | $ 3,190.60 |
| TRAINING | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.35 | $ - | $ - | $ 68.00 | $ 33.92 | $ 54.40 | $ 157.68 |
| LECET | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.40 | $ - | $ - | $ 20.00 | $ 9.98 | $ 16.00 | $ 46.38 |
| CISCO | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.08 | $ - | $ - | $ 4.00 | $ 2.00 | $ 3.20 | $ 9.28 |
| MCIAF | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.56 | $ - | $ - | $ 28.00 | $ 13.87 | $ 22.40 | $ 64.93 |
| LMCC | $ - | $ - | $ - | $ - | $ - | $ - | $ 0.96 | $ - | $ - | $ 48.00 | $ 23.94 | $ 38.40 | $ 111.30 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ 4.20 | $ - | $ - | $ 206.50 | $ 103.25 | $ 165.20 | $ 479.15 |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ 85.55 | $ - | $ - | $ 4,274.50 | $ 2,132.19 | $ 3,419.60 | $ 9,911.85 |

| Rates | 6/1/04 | to | 5/31/05 |
|---|---|---|---|
| WELFARE | 6.31 | CISCO | 0.01 |
| PENSION | 3.44 | MCIAF | 0.07 |
| TRAINING | 0.17 | LMCC | 0.12 |
| LECET | 0.05 | DUES | 1.75% |

12/11/2007

Page 2 of 5

**LABORERS' DISTRICT COUNCIL OF CHICAGO - MCA ASSOCIATION**
**BILL HARRIS MASONRY, INC. - #12024**

*ADDITIONAL WELFARE, PENSION & TRAINING HOURS  6/04 - 5/05*

YEAR: 6/04 to 5/05

| S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESCOTO, JOSE 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 | # | Hours | - | - | - | - | - | - | - | - | 160.00 | - | - | - | 160.00 |
|  |  | Gross $ |  |  |  |  |  |  |  |  |  |  |  |  | $ - |
| FEIGL, RICHARD 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 | # | Hours | - | - | - | - | - | - | - | - | 160.00 | - | - | - | 160.00 |
|  |  | Gross $ |  |  |  |  |  |  |  |  |  |  |  |  | $ - |

| TOTAL HOURS | - | - | - | - | - | - | - | - | 320.00 | - | - | - | 320.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL GROSS $ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Amount Due To Funds:

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,019.20 | $ - | $ - | $ - | $ 2,019.20 |
| PENSION | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,100.80 | $ - | $ - | $ - | $ 1,100.80 |
| TRAINING | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 54.40 | $ - | $ - | $ - | $ 54.40 |
| LECET | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| CISCO | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| MCIAF | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| LMCC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,174.40 | $ - | $ - | $ - | $ 3,174.40 |

| Rates: | 6/1/04 | to | 5/31/05 |
|---|---|---|---|
| WELFARE | 6.31 | CISCO |  |
| PENSION | 3.44 | MCIAF |  |
| TRAINING | 0.17 | LMCC |  |
| LECET |  | DUES |  |

12/11/2007

Page 3 of 5

**LABORERS' DISTRICT COUNCIL OF CHICAGO - MCA ASSOCIATION**

**BILL HARRIS MASONRY, INC. - #12024**

ADDITIONAL HOURS and/or WORK DUES 6/05 - 5/06

YEAR: 6/05 to 5/06

| S.S. # | Flags | Type | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESCOTO, JOSE 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 | # | Hours | 120.00 | 25.50 | - | 98.00 | 107.50 | - | - | - | - | 100.00 | 112.00 | - | 563.00 |
| | | Gross $ | 3,480.00 | 739.50 | - | 2,954.71 | 3,241.13 | - | - | - | - | 3,015.00 | 3,376.80 | - | $16,807.14 |
| FEIGL, RICHARD 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 | # | Hours | 135.50 | 25.50 | - | - | - | - | - | - | - | - | - | - | 161.00 |
| | | Gross $ | 4,065.00 | 765.00 | - | - | - | - | - | - | - | - | - | - | $4,830.00 |

TOTAL HOURS: 255.50 | 51.00 | - | 98.00 | 107.50 | - | - | - | - | 100.00 | 112.00 | - | 724.00

TOTAL GROSS $: $7,545.00 | $1,504.50 | $ - | $2,954.71 | $3,241.13 | $ - | $ - | $ - | $ - | $3,015.00 | $3,376.80 | $ - | $21,637.14

Amount Due To Funds:

| | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $1,752.73 | 349.86 | - | 672.28 | 737.45 | - | - | - | - | 866.00 | 768.32 | - | $4,968.64 |
| PENSION | $1,006.67 | 200.94 | - | 386.12 | 423.55 | - | - | - | - | 394.00 | 441.28 | - | $2,852.56 |
| TRAINING | 43.44 | 8.67 | - | 16.66 | 18.28 | - | - | - | - | 17.00 | 19.04 | - | 123.09 |
| LECET | 12.78 | 2.55 | - | 4.90 | 5.38 | - | - | - | - | 5.00 | 5.60 | - | 36.21 |
| CISCO | 2.58 | 0.51 | - | 0.98 | 1.08 | - | - | - | - | 1.00 | 1.12 | - | 7.25 |
| MCIAF | 17.89 | 3.57 | - | 6.86 | 7.53 | - | - | - | - | 7.00 | 7.84 | - | 50.69 |
| LMCC | 30.66 | 6.12 | - | 11.78 | 12.90 | - | - | - | - | 12.00 | 13.44 | - | 86.88 |
| DUES | 132.04 | 26.33 | - | 51.71 | 56.72 | - | - | - | - | 52.76 | 59.09 | - | 378.65 |
| TOTAL | $2,998.77 | 588.55 | $ - | $1,151.27 | $1,262.89 | $ - | $ - | $ - | $ - | $1,174.76 | $1,315.73 | $ - | $8,501.97 |

| Rates: | 6/1/05 | to | 5/31/05 |
|---|---|---|---|
| WELFARE | 6.86 | CISCO | 0.01 |
| PENSION | 3.94 | MCIAF | 0.07 |
| TRAINING | 0.17 | LMCC | 0.12 |
| LECET | 0.05 | DUES | 1.75% |

LABORERS' DISTRICT COUNCIL OF CHICAGO - MCA ASSOCIATION

BILL HARRIS MASONRY, INC. - #12024

RICHARD J. WOLF AND COMPANY, INC.

SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ 12,838.37 | $ - | $ 12,838.37 |
| PENSION | $ 7,143.96 | $ - | $ 7,143.96 |
| TRAINING | $ 335.17 | $ - | $ 335.17 |
| LECET | $ 82.59 | $ - | $ 82.59 |
| CISCO | $ 16.53 | $ - | $ 16.53 |
| MCIAF | $ 115.62 | $ - | $ 115.62 |
| LMCC | $ 198.18 | $ - | $ 198.18 |
| DUES | $ 857.80 | $ - | $ 857.80 |
| TOTAL | $ 21,588.22 | $ - | $ 21,588.22 |

12/11/2007

# LABORERS' DISTRICT COUNCIL OF CHICAGO - MCA ASSOCIATION

BILL HARRIS MASONRY, INC. - #12024

RICHARD J. WOLF AND COMPANY, INC.

**\*\* GRAND TOTAL \*\***

| | | |
|---|---|---:|
| WELFARE | $ | 12,838.37 |
| PENSION | $ | 7,143.96 |
| TRAINING | $ | 335.17 |
| LECET | $ | 82.59 |
| CISCO | $ | 16.53 |
| MCIAF | $ | 115.62 |
| LMCC | $ | 198.18 |
| DUES | $ | 857.80 |
| TOTAL | $ | 21,588.22 |