IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and ) | |
| LABORERS' WELFARE FUND OF THE ) | |
| HEALTH AND WELFARE DEPARTMENT ) | |
| OF THE CONSTRUCTION AND GENERAL ) | |
| LABORERS' DISTRICT COUNCIL OF ) | |
| CHICAGO AND VICINITY, JAMES S. ) | |
| JORGENSEN, ) | |
|     Plaintiffs, ) | |
| ) | No. 07 C 7260 |
| ) | |
|   v. ) | Judge Zagel |
| ) | |
| BILL HARRIS MASONRY, INC. ) | |
| ) | |
|     Defendant. ) | |

### AFFIDAVIT OF KAREN I. ENGELHARDT

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") in the action against Bill Harris Masonry, Inc. This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from December 26, 2007 to the present.

2. This firm bills the Laborers Funds on an hourly basis for services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00

**Exhibit E**

per hour for clerks/paralegals. In this cause records kept for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3. Exhibit 1 hereto sets forth the time expended from December 26, 2006 through February 21, 2008, by the firm's attorneys and paralegals in this matter. As set forth in that Exhibit, the Laborers' Funds have incurred legal fees to my firm in this matter in the amount of $1,093.75.

4. In addition, the Laborers Funds have incurred the following costs in the prosecution of this matter totaling $400.00, which include filing fees.

FURTHER AFFIANT SAYETH NOT.

                                              Karen I. Engelhardt

Subscribed and sworn to before me this ___ day of February 2008.

NOTARY PUBLIC

"OFFICIAL SEAL"
Paula D. Edwards
Notary Public, State of Illinois
My Commission Expires May 16, 2009

2.