| 2/21/2008 | Allison, Slutsky & Kennedy, P.C. | |
| 2:57 PM | Slip Listing | Page |

---

### Selection Criteria

| Slip.Classification | Open |
| Clie.Selection | Include: Labrs P&W 2 |
| Refe.Selection | Include: Bill Harris Masonry |
| Slip.Date | 11/1/2007 - 2/21/2008 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 146950<br>12/26/2007<br>Billed<br>Draft complaint | TIME<br><br>G:14579 | <br><br>1/18/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 87.50 |
| 146962<br>12/27/2007<br>Billed<br>Call w/ M. Christopher; work on complaint | TIME<br><br>G:14579 | <br><br>1/18/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| ~~146994~~<br>~~12/27/2007~~<br>Billed<br>Work on efiling appearances | TIME<br><br>G:14579 | <br><br>1/18/2008 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>~~C@2~~ | ~~15.00~~ |
| 146999<br>~~12/28/2007~~<br>Billed<br>Work on efiling appearances | TIME<br><br>G:14579 | <br><br>1/18/2008 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | ~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~ |
| 148458<br>1/11/2008<br>Billed<br>Draft letters and prepare for service | TIME<br><br>G:14597 | <br><br>2/14/2008 | Andre Smith<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.25<br>0.00<br>0.00<br>0.00 | 75.00<br>C@3 | 18.75 |
| 148040<br>1/26/2008<br>Billed<br>Work on status reports | TIME<br><br>G:14597 | <br><br>2/14/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 148102<br>1/27/2008<br>Billed<br>work on charts | TIME<br><br>G:14597 | <br><br>2/14/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 148189<br>1/28/2008<br>Billed<br>Work on status reports | TIME<br><br>G:14597 | <br><br>2/14/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 2<br>Bill Harris Mas | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |

**Exhibit 1**

2/21/2008  
2:57 PM  

Allison, Slutsky & Kennedy, P.C.  
Slip Listing  

Page 2

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 149107  TIME 2/7/2008 WIP Conf. w/ AC | K. Engelhardt Legal Services Labrs P&W 2 Bill Harris Mas | 0.20 0.00 0.00 0.00 | 175.00 C@1 | 35.00 |
| 149563  TIME 2/7/2008 WIP Review file and docket report. | Angie Cowan Legal Services Labrs P&W 2 Bill Harris Mas | 0.30 0.00 0.00 0.00 | 150.00 C@2 | 45.00 |
| 149564  TIME 2/8/2008 WIP File appearance; file executed summons. | Angie Cowan Legal Services Labrs P&W 2 Bill Harris Mas | 0.20 0.00 0.00 0.00 | 150.00 C@2 | 30.00 |
| 149326  TIME 2/11/2008 WIP Conf. w/ AC | K. Engelhardt Legal Services Labrs P&W 2 Bill Harris Mas | 0.20 0.00 0.00 0.00 | 175.00 C@1 | 35.00 |
| 149565  TIME 2/11/2008 WIP Call w/Mike Christopher; work on motion for default damages. | Angie Cowan Legal Services Labrs P&W 2 Bill Harris Mas | 1.00 0.00 0.00 0.00 | 150.00 C@2 | 150.00 |
| 149567  TIME 2/19/2008 WIP Work on prove up; review fax from Mike Christopher. | Angie Cowan Legal Services Labrs P&W 2 Bill Harris Mas | 0.50 0.00 0.00 0.00 | 150.00 C@2 | 75.00 |
| 149566  TIME 2/21/2008 WIP Work on and revise motion for damages, notice of motion, proposed order, share holder affidavit and Christopher's affidavit; review Judge Zagels standing orders, review docket report, review audit reports, etter to Mike Christopher; prepare exhibits. | Angie Cowan Legal Services Labrs P&W 2 Bill Harris Mas | 4.00 0.00 0.00 0.00 | 150.00 C@2 | 600.00 |

Grand Total

| | | | | |
|---|---|---|---|---|
| | Billable | 8.05 | | 1223.75  $1,093.75 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 8.05 | | 1223.75  $1,093.75 |

Note: "1223.75" is struck through with "$1,093.75" handwritten next to it on both the Billable and Total lines.