IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br>     Plaintiffs,<br><br> v.<br><br>BILL HARRIS MASONRY, INC.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 7260<br>)<br>) Judge Zagel<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO: Bill Harris Masonry, Inc.
   Kay Harris, President/Registered Agent
   9304 S. 49th Ave.
   Oak Lawn, IL 60453

 PLEASE TAKE NOTICE THAT on Thursday, March 6, 2008 at 10:15 a.m., I shall appear before Honorable Judge Zagel in Courtroom 2503, usually occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the Plaintiffs' Motion for Default and Damages, a copy of which is attached hereto.

               Respectfully submitted,

                /s/ Angie M. Cowan  (6285970)

Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street Suite 2600
Chicago, Illinois  60606
(312) 364-9400

February 21, 2008

**CERTIFICATE OF SERVICE**

      I, Angie M. Cowan, an attorney, state that I sent the Notice of Motion and Plaintiffs' Motion for Damages, to the individual directed at the addresses stated below with proper postage prepaid on the 22nd day of February 2008, from the United States Postal Service box at 230 W. Monroe Street, Suite 2600, Chicago, IL 60606.

Bill Harris Masonry, Inc.
Kay Harris, President/Registered Agent
9304 S. 49th Ave.
Oak Lawn, IL 60453

                                                /s/ Angie M. Cowan
                                                One of Plaintiffs' Attorneys

Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street Suite 2600
Chicago, Illinois 60606
(312) 364-9400
(312) 364-9410 (fax)

February 22, 2008