Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7260 | **DATE** | 3/6/2008 |
| **CASE TITLE** | LABORERS', ET AL vs. BILL HARRIS MASONRY, INC. | | |

**DOCKET ENTRY TEXT**

Enter order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|