AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| LABORERS' PENSION FUND, ET AL | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7260 |
| BILL HARRIS MASONRY, INC. | |

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs and against defendant Bill Harris Masonry, Inc. In the amount of $55,128.56.

Michael W. Dobbins, Clerk of Court

Date: 3/24/2008

/s/ Donald Walker, Deputy Clerk