LAW OFFICES
# WOLFENSON, SCHOUTEN & BURKE LTD.
A PROFESSIONAL CORPORATION

JAMES W. WOLFENSON
RICHARD E. BURKE
PAUL R. SCHOUTEN - Of Counsel

14535 JOHN HUMPHREY DRIVE
SUITE 101
ORLAND PARK, ILLINOIS 60462

Telephone
708
460-4000

Fax
708
460-4040
460-6967

May 30, 2008

<u>**Via Facsimile (708) 448-7482 and Regular Mail**</u>

Allison, Slutsky & Kennedy
ATTN: Angie Cowan
Suite 2600
230 West Monroe
Chicago, IL 60606

RE: **Laborer's Pension Fund v. Bill Harris Masonry, Inc.**
    **Case No. 07 C 7260**

Dear Ms. Cowan:

Please be advised that this office represents Founders Bank relative to a Citation to Discover Assets served upon the Bank in Case No. 07 C 7260.

Please be advised that Founders Bank is holding the sum of $1,066.68 pursuant to the Citation. This letter constitutes the Answer of Founders Bank, and I would ask that this letter be filed with the court in accordance with the terms of this letter.

Please contact the undersigned with all further communications in this matter.

Very truly yours,

Richard E. Burke
REB:kas