IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br><br> Plaintiffs, <br><br> v. <br><br> BILL HARRIS MASONRY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) No. 07 C 7260 ) ) Judge Zagel ) ) ) ) ) |

**NOTICE OF MOTION**

TO:   Richard E. Burke
    Wolfenson, Schouten & Burke Ltd.
    14535 John Humphrey Drive
    Suite 101
    Orland Park, IL 60462

    Kay Harris
    Bill Harris Masonry
    9304 9th Avenue
    Oak Lawn, IL 60453

PLEASE TAKE NOTICE that on Thursday, June 12, 2008, 10:15 a.m., or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Zagel, in Courtroom 2503 or in the Courtroom usually occupied by him in the United States District Courthouse, 219 South Dearborn Street Chicago, IL 60604, and present Plaintiffs' Motion to for A Turn Over Order, a copy of which is served upon you.

By: _____
Counsel for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, Illinois 60606
(312) 364-9400

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney states that she served copies of the foregoing Notice of Filing and Plaintiffs' Motion for a Turn Over Order to the following mentioned below by U.S. mail on the 4th day of June with proper postage prepaid at the US Mail Box at 208 South LaSalle Street Suite 1880, Chicago, IL.

Richard E. Burke
Wolfenson, Schouten & Burke Ltd.
14535 John Humphrey Drive
Suite 101
Orland Park, IL 60462

Kay Harris
Bill Harris Masonry
9304 9th Avenue
Oak Lawn, IL 60453

      Angie M. Cowan