

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br><br>  Plaintiffs, <br><br> v. <br><br> BILL HARRIS MASONRY, INC. <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) No. 07 C 7260 ) ) ) Judge Zagel ) ) ) ) ) |

## TURNOVER ORDER

This cause coming before this Court on the Plaintiffs' Motion for Turnover Order, the court having been advised that Founders Bank, the third-party defendant holds $1,066.68 in funds pursuant to a citation to discover assets notice.

**IT IS HEREBY ORDERED** that Founders Bank shall turnover $1,066.68 to the plaintiffs, by check payable to the Laborers' Pension and Health and Welfare Funds.

ENTERED

_____
United States District Court

Date JUN 12 2008